## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON BLACKWELL and <br> DURELL CUNNINGHAM <br><br> Plaintiff, <br><br> v. <br><br> DARYL JONES, ON-TARGET SECURITY, INC, and NORDSTROM, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CAUSE NO.: 1:19-cv-04869-SEB-DLP <br> ) <br> ) <br> ) <br> ) <br> ) |

**Defendant Jones' Preliminary Witness and Exhibit List**

Comes now the Defendant, Daryl Jones, by counsel, and hereby submits his witness and exhibit list as follows:

### WITNESSES

1. Aaron Blackwell;

2. Durell Cunningham;

3. Daryl Jones;

4. Representatives of On-Target;

5. Representatives of Nordstrom;

6. Any witness listed on Plaintiff's witness or exhibit list;

7. Any witness listed on the co-defendants' witness or exhibit list;

8. Defendants reserve the right to supplement this response as discovery proceeds.

### EXHIBITS

1. Partial video of the incident in the Plaintiffs' possession;

2. Depositions of the parties;

3. Any documents produced in discovery;

4. Any documents listed on Plaintiffs' exhibit list;

5. Defendant reserves the right to add exhibits as discovery continues.

Respectfully submitted,

*/s/ Christopher D. Cody*
Christopher D. Cody, Atty. No. 24127-32
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
Telephone: (317) 632-4402
Fax: (317) 632-5595
ccody@humesmith.com
*Attorney for Defendant Daryl Jones*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Steven A. Haney
Haney Law Group, PLLC
3000 Towncenter Drive, Suite 2750
Southfield, Michigan 48075
Attorney for Plaintiffs Aaron Blackwell and Durell Cunningham

Joseph N. Williams
Riley Williams & Piatt, LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, Indiana 46204
Attorney for Plaintiffs Aaron Blackwell and Durell Cunningham

John C. Trimble
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200

Indianapolis, Indiana 46202
Attorney for Defendant On-Target

Candace Bankovich
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202
Attorney for Defendant On-Target

Celia M. Pauli
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202
Attorney for Defendant On-Target

Michael C. Terrell
Taft Stettinius & Hollister, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Attorney for Defendant Nordstrom

Tristian C. Fretwell
Taft Stettinius & Hollister, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Attorney for Defendant Nordstrom

*/s/ Christopher D. Cody*
Christopher D. Cody