IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON BLACKWELL and<br>DURELL CUNNINGHAM<br><br>    Plaintiff,<br><br>    v.<br><br>DARYL JONES, ON-TARGET SECURITY, INC,<br>and NORDSTROM, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NO.: 1:19-cv-04869-SEB-DLP<br>)<br>)<br>)<br>)<br>)<br>) |

**Statement of Defenses of Daryl Jones**

Comes now the Defendant, Daryl Jones, by counsel, and files his statement of defenses as follows:

1. Defendant Daryl Jones is state law immunity for Plaintiffs' state law claims under I.C. § 34-13-3-3.

2. Defendant Daryl Jones is entitled to qualified immunity under *Harlow v. Fitzgerald,* 457 U.S. 800 (1982).

3. Plaintiffs' damages, if any, were caused, in whole or in part, by the Plaintiffs' own actions. Plaintiff's damages and recovery should be reduced or barred pursuant to the terms of the Indiana Comparative Fault Act and/or the doctrine of contributory negligence.

4. Plaintiffs may have failed to mitigate their damages, if any.

5. Defendant had probable cause and reasonable suspicion for any actions he took. *Terry v. Ohio*, 392 U.S. 1 (1968).

Respectfully submitted,

*/s/ Christopher D. Cody*
Christopher D. Cody, Atty. No. 24127-32
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
Telephone: (317) 632-4402
Fax: (317) 632-5595
ccody@humesmith.com
*Attorney for Defendant Daryl Jones*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Steven A. Haney
Haney Law Group, PLLC
3000 Towncenter Drive, Suite 2750
Southfield, Michigan 48075
Attorney for Plaintiffs Aaron Blackwell and Durell Cunningham

Joseph N. Williams
Riley Williams & Piatt, LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, Indiana 46204
Attorney for Plaintiffs Aaron Blackwell and Durell Cunningham

John C. Trimble
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202
Attorney for Defendant On-Target

Candace Bankovich
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202
Attorney for Defendant On-Target

Celia M. Pauli
Lewis Wagner, LLP

501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202
Attorney for Defendant On-Target

Michael C. Terrell
Taft Stettinius & Hollister, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Attorney for Defendant Nordstrom

Tristian C. Fretwell
Taft Stettinius & Hollister, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Attorney for Defendant Nordstrom

*/s/ Christopher D. Cody*
Christopher D. Cody