UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISON

| | |
|---|---|
| **Aaron Blackwell**, and **Durell Cunningham**,<br><br>                    Plaintiffs,<br><br>vs.<br><br>**Daryl Jones, On Target Security, Inc., Nordstrom, Inc.**,<br><br>                    Defendants. | Case No. 1:19-cv-4869-SEB-DLP<br><br>**Parties' Stipulation of Dismissal With Prejudice** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this case with prejudice and with all parties bearing their own costs and fees.

/s/ *Joseph N. Williams*
Joseph N. Williams
WILLIAMS & PIATT, LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, IN  46204
Telephone:  317-633-5270
joe@williamspiatt.com

***Counsel for Plaintiffs Aaron Blackwell and Durell Cunningham***

/s/ *Christopher D. Cody*
Christopher D. Cody
HUME SMITH GEDDES GREEN & SIMMONS, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
Telephone: 317.632.4402
ccody@humesmith.com

***Counsel for Defendant Daryl Jones***

/s/ *Candace Bankovich*
Candace Bankovich
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Telephone:  317-237-0500
cbankovich@lewiswagner.com

***Counsel for Defendant On-Target Security, Inc.***

/s/ *Michael C. Terrell*
Michael C. Terrell
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: 317.713.3500
mterrell@taftlaw.com

***Counsel for Defendant Nordstrom, Inc.***

## Certificate of Service

I hereby certify that on the 9th day of December, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams